IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SAMARATUNGA FAMILY TRUST, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 1:17-cv-00097 |
| AMERICAN TEXAS TOWERS, INC. and AMERICAN TOWERS, LLC d/b/a AMERICAN TEXAS TOWERS, INC. | § § § § § | |
| *Defendants*. | § | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant American Towers LLC, improperly named as American Towers, LLC, files this Corporate Disclosure Statement under Rule 7.1 of the Federal Rules of Civil Procedure and states:

American Texas Towers, Inc. was merged into and with Defendant American Towers LLC in 2011.

Defendant American Towers LLC is a limited liability company, the ultimate parent of which is American Tower Corporation. American Tower Corporation is a publicly traded company that has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

Respectfully submitted,

By: /s/ *David L. Swanson*
David L Swanson
  State Bar No. 19554625
  dswanson@lockelord.com
Jason R. Marlin
  Texas Bar No. 24050989
  jmarlin@lockelord.com

LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8000
(214) 740-8800 – Facsimile
**Attorneys for American Towers LLC**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this *Defendant's Corporate Disclosure Statement* was served on the following counsel of record via U.S. Mail on February 10th 2017:

Patrick L. Reznik
Braun & Gresham
14101 Highway 290W, Suite 1100
Austin, Texas 78737
Tel: 512.894.5426
Fax: 512.894.3405
preznik@braungresham.com
**Counsel for Plaintiff**

/s/ *Jason R. Marlin*